# PETITION FOR REMOVAL

# EXHIBIT 4

F I L E D
Electronically
CV22-01098
2022-08-24 03:17:47 PM
Alicia L. Lerud
Clerk of the Court
Transaction # 9224271

**3840**
Daniel T. Hayward, Esq.
Nevada State Bar No. 5986
BRADLEY, DRENDEL & JEANNEY
P.O. Box 1987
Reno, NV 89505
Telephone No. (775) 335-9999
Facsimile No. (775) 335-9993
*Attorney for Plaintiff*

IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF WASHOE

PATRICIA LEVY, an individual,

Plaintiff,

v.

WALMART INC., a foreign corporation
doing business in the State of Nevada;
JOHN DOES I through X, inclusive; ABC
CORPORATIONS I through X, inclusive;
and BLACK AND WHITE COMPANIES I
through X, inclusive,

Defendants.

_____/

Case No. CV22-01098

Dept. No. 9

## **REQUEST FOR EXEMPTION FROM ARBITRATION**

Plaintiff, PATRICIA LEVY, by and through her counsel of record, Daniel T. Hayward, Esq.

of the law firm of Bradley, Drendel and Jeanney, hereby requests that the above-entitled matter be

exempted from arbitration pursuant to Nevada Arbitration Rules 3 and 5, as this case involves a

probably jury award value in excess of $50,000, exclusive of interests and costs.[1]

A specific summary of the facts which support this *Request for Exemption* are as follows:

**Description of the accident**

On July 17, 2020 Patricia Levy, then age 52, was shopping at Walmart at approximately 9:00

_____

[1]
NAR 3(A) provides, in relevant part, "All civil cases commenced in the district courts that
have a probable jury award value not in excess of $50,000 per plaintiff, exclusive of interest and
costs, and regardless of comparative liability, are subject to the program, ...."

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

Our File No. 204044

-1-

1    a.m. Ms. Levy was kneeling down to get coffee creamer when a Walmart employee – who was

2    pushing a four-tier stocking cart -- inadvertently but carelessly rammed into Ms. Levy. The Walmart

3    assistant manager attended to Ms. Levy and completed an incident report.

4    **Ms. Levy's course of treatment**

5        Ms. Levy presented to the Emergency Department at Renown Regional Medical Center for

6    back pain that radiated through the right hip into the right buttocks. Dr. Scott Shepherd ordered

7    imaging to the lumbar spine, which revealed mild retrolisthesis at L3-4, and mild degenerative disc

8    disease and facet arthropathy. Dr. Shepard opined that Ms. Levy sustained a contusion muscular

9    injury. Ms. Levy was instructed to follow-up with her primary care physician if her symptoms

10    worsened.

11        Ms. Levy's right-sided back and hip pain continued for days following the incident. She also

12    began to experience pain to her right shoulder blade. Her pain was aggravated by bending,

13    positioning and twisting. She presented to her primary care physician at Renown Health on July 20,

14    2020 for a follow-up. Dalton James, PA-C, ordered x-ray imaging to the right hip. Mr. James

15    diagnosed Ms. Levy with a low back strain and contusion as well as right hip strain and contusion.

16    She was ordered to physical therapy to strengthen and increase range of motion.

17        She attended approximately 12 physical therapy sessions at Renown Physical Therapy

18    between July 30, 2020 through September 29, 2020. Physical therapy provided minimal long-term

19    relief: she felt better for a short period of time, followed by increased pain and stiffness to her low

20    back and right hip.

21        Ms. Levy presented to Northern Nevada Chiropractic between August 28, 2020 through

22    March 29, 2022 for a total of 37 treatment visits with Dr. Nicholas Riley.

23        Ms. Levy returned to Renown Health on December 22, 2020 for a follow-up visit. Her low

24    back, sciatica and right hip pain was persistent that impacted her daily living. Courtney Parento,

25    APRN, referred her to physiatry for further evaluation.

26        On February 24, 2021 Ms. Levy presented to Renown Physiatry for an evaluation with Dr.

27    Seneca Storm for persistent lumbosacral, sacroiliac and right hip pain. Dr. Storm discussed right

28    ///

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

Our File No. 204044

-2-

1    sacroiliac joint injection, which was performed on March 17, 2021 at Renown Regional Medical
2    Center.

3        Dr. Storm ordered an MRI to the lumbar spine which was done on March 16, 2021. The
4    imaging revealed a minimal disc bulge at L2-3, and mild disc bulge with facet arthropathy at L3-4,
5    and mild facet arthropathy at L4-5.

6        The right sacroiliac joint injection provided no relief. Ms. Levy continued to experience
7    aching and burning pain to the right-side of her low back and into her gluteal region. She returned
8    to Dr. Storm on March 26, 2021. Dr. Storm opined that Ms. Levy could have a possible tear in the
9    anterior sacroiliac ligament, and recommended diagnostic blocks in order to localize the right hip
10   pain. Unfortunately, Ms. Levy was overwhelmed with the pain and elected to postpone the diagnostic
11   block. Dr. Storm instructed her to continue with the home regimen program and prescribed
12   Gabapentin with instructions to return in six weeks for a follow up.

13       She returned to Dr. Storm on May 18, 2021 for a follow-up. Ms. Levy noted that the
14   prescribed Gabapentin alleviated the burning pain. Dr. Storm opined that Ms. Levy had a possible
15   femoracetabular impingement to the right hip. Dr. Storm ordered an MRI to the pelvis, which was
16   done on June 6, 2021. She was instructed to continue with the prescribed medication and the home
17   regimen program.

18       Ms. Levy returned to Dr. Storm on June 10, 2021 for an MRI review. Dr. Storm opined that
19   the imaging revealed tendinosis of the gluteus medius and minimis bilaterally, and mild hip
20   osteoarthritis. Dr. Storm recommended gluteus medius strengthening exercises, and a possible
21   diagnostic and therapeutic right hip intra-articular injection, which was performed on June 23, 2021.

22       Ms. Levy presented to her post-injection follow-up with Dr. Storm on July 28, 2021. Ms.
23   Levy reported that she had brief improvement to her right hip after the June 23, 2021 injection but
24   the pain returned. She explained that the severe burning sensation decreased but still experienced
25   aching. Dr. Storm increased her Gabapentin for a third time to help with the burning pain. Ms. Levy
26   was referred to an orthopedic surgeon for an evaluation.

27       On August 6, 2021 Ms. Levy presented to Reno Orthopedic Clinic upon a referral from Dr.
28   Storm for the continued right hip pain. Dr. Sanjai Shukla ordered a right hip MRI. The imaging

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

Our File No. 204044

-3-

revealed mild arthritis, narrowing of her joint space and subchondral sclerosis. Dr. Shukla referred Ms. Levy to the spine team with Dr. Goz for further evaluation.

Ms. Levy's low back and right hip pain continued. She became frustrated with aggravated pain. Ms. Levy presented to Spine Nevada on October 21, 2021 for a second opinion with Dr. Hugh McDermott per Dr. Storms referral. Dr. McDermott recommended continued right steroid joint injection which was performed on December 2, 2021. Ms. Levy was instructed to return in one month for a follow-up.

She returned to Dr. McDermott on January 6, 2022 for the follow-up visit. She noted that the December 2, 2021 right hip steroid injection provided relief but the pain returned later. Dr. McDermott ordered a second set of steroid injections which were done on February 3, 2022 and again on April 29, 2022 with only temporary relief. Dr. McDermott also opined that Ms. Levy would be a great candidate for a right sacroiliac joint fusion.

Ms. Levy retained Dr. Robert G. Berry, Jr. M.D., a Board Certified Spine Specialist, for a future surgery and treatment cost for the recommended SI joint fusion. Dr. Berry opined, within a reasonable degree of medical probability, that Ms. Levy's future treatment would will an average of $34,076.77.

Ms. Levy has since scheduled the planned SI joint fusion to take place on or about September 22, 2022.

In the interest of brevity, Plaintiff has not attached her medical records as exhibits. However, she will promptly produce them to Defendant pursuant to NRCP 16.1 so that they will be available to Defendant if they chose to prepare an opposition to this *Request for Exemption*.

///

///

///

///

///

///

///

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

Our File No. 204044

-4-

**Ms. Levy's past and future medical bills**

The following is a summary of Ms. Levy's accident-related medical bills incurred to date, along with an estimate of her future medical expenses:

| DATE | PROVIDER | AMOUNT |
|------|----------|--------|
| 07/17/2020 - 07/28/2021 | Renown Health | $25,301.00 |
| 07/17/2020 - 06/06/2021 | Reno Radiological Associates, Chtd. | $795.00 |
| 07/17/2020 | Northern Nevada Emergency Physicians | $373.00 |
| 08/03/2020 - 08/28/2020 | Northern Nevada Chiropractic | $4,021.00 |
| 08/06/2020 - 08/16/2020 | Reno Orthopaedic Clinic | $934.00 |
| 10/21/2021 - 04/29/2022 | Spine Nevada | $7,397.47 |
| | TOTAL: | $38,821.47 |
| Future SI joint fusion and associated care (scheduled for September 22, 2022) | Per the opinion of Robert G. Berry, M.D. | $34,076.77 |
| | GRAND TOTAL: | $72,898.24 |

Attached as **Exhibit 1** are Ms. Levy's medical bills which we have received to date. Please also see the May 27, 2022 *Medical Record Review / Future Medical Care* analysis by Robert G. Berry, M.D., as **Exhibit 2**.

The amount of damages at issue in this matter exceeds the $50,000 because the *total* value of Ms. Levy's past and estimated future medical bills is $72,898.24. Further, hip surgery upon which the future medical expense estimate is based is not merely a possibility or hypothetical – it has been scheduled to take place on September 22, 2022. Those estimated future expenses will soon be actual, past expenses.

For the foregoing reasons, I hereby certify pursuant to NRCP 11 that this case is within the exemption outlined above and I am aware of the sanctions which may be imposed against any attorney or party who, without good cause or justification, attempts to remove a case from the arbitration program.

///

///

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

Our File No. 204044

-5-

1   **AFFIRMATION PURSUANT TO NRS 239B.030**

2   The undersigned does hereby affirm that the preceding document does not contain the social

3   security number of any person.

4   Dated this 24th day of August, 2022.

5                                   BRADLEY, DRENDEL & JEANNEY

6

7                                   _____
                                    Daniel T. Hayward, Esq.
8                                   *Attorney for Plaintiff*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-6-

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

Our File No. 204044

1

**CERTIFICATE OF SERVICE**

2  Pursuant to N.R.C.P. 5(b), I certify that I am an employee of BRADLEY, DRENDEL &

3 JEANNEY, and that on this date, I served a true and correct copy of the foregoing on the party(s)

4 set forth below by:

5 \_\_\_\_\_ Placing an original or true copy thereof in a sealed envelope placed for collection and
    mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary
6    business practices

7 \_\_\_\_\_ Personal Delivery

8 \_\_\_\_\_ Facsimile

9 \_\_\_\_\_ Federal Express/Airborne Express/Other Overnight Delivery

10 \_\_\_\_\_ Reno-Carson Messenger Service

11 _XXX_ All parties signed up for electronic filing have been served electronically, all others have
    been served by placing a true copy thereof in a sealed envelope placed for collecting and
12    mailing in the United States mail, at Reno, Nevada, postage prepaid, following ordinary
    business practices
13

14 addressed as follows:

15   Troy A. Clark, Esq.
    Resnick & Louis, P.C.
16   8925 West Russell Road, Suite 220
    Las Vegas, NV 89128
17

18   DATED this 24th day of August, 2022.

19

20              *Araceli Garibay*
              Araceli Garibay
21

22

23

24

25

26

27

28

**LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999**

-7-

Our File No. 204044

1

## **EXHIBIT LIST**

2

| **No.** | **Description** | **# of Pages** |
|---|---|---|
| 1. | Plaintiff's Medical Bills (SSN and DOB redacted)........................ 1 | |
| 2. | May 27, 2022 *Medical Record Review / Future Medical Care* analysis by Robert G. Berry, M.D.................................... ....... 2 | |

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

Our File No. 204044

F I L E D
Electronically
CV22-01098
2022-08-24 03:17:47 PM
Alicia L. Lerud
Clerk of the Court
Transaction # 9224271

# EXHIBIT 1

# EXHIBIT 1

PATRICIA C LEVY
1915 BRISBANE AVE #A
RENO, NV 89503-1415

## HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA ☐☐☐ REPRINT BY SREELEKH:ARTIND                                                                                PICA ☐☐

| 1. MEDICARE ☐ (Medicare #)  MEDICAID ☐ (Medicaid #)  TRICARE ☐ (Sponsor's SSN)  CHAMPVA ☐ (Member ID#)  GROUP HEALTH PLAN ☐ (ID#)  FECA BLK LUNG ☐ (ID#)  OTHER ☒ (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1)  CPR126A50212 |
|---|---|

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial)  LEVY, PATRICIA C | 3. PATIENT'S BIRTHDATE  MM DD YY    SEX   M ☐  F ☒ | 4. INSURED'S NAME (Last name, First Name, Middle Initial)  LEVY PATRICIA C |
|---|---|---|

| 5. PATIENT'S ADDRESS (No., Street)  1915 BRISBANE AVE #A | 6. PATIENT RELATIONSHIP TO INSURED  Self ☒  Spouse ☐  Child ☐  Other ☐ | 7. INSURED'S ADDRESS (No., Street)  1915 BRISBANE AVE #A |
|---|---|---|

| CITY  RENO | STATE  NV | 8. RESERVED FOR NUCC USE | CITY  RENO | STATE  NV |
|---|---|---|---|---|

| ZIP CODE  89503-1415 | TELEPHONE (Include Area Code)  ( 775 ) 544 7760 | | ZIP CODE  89503-1415 | TELEPHONE (Include Area Code)  ( 775 ) 544 7760 |
|---|---|---|---|---|

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER  SB030A |
|---|---|---|

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS)  ☐ YES  ☒ NO | a. INSURED'S DATE OF BIRTH  MM DD YY  03 18 1968    SEX  M ☐  F ☒ |
|---|---|---|

| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT?  ☐ YES  ☒ NO    PLACE (State) | b. OTHER CLAIM ID (Designated by NUCC) |
|---|---|---|

| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT?  ☐ YES  ☒ NO | c. INSURANCE PLAN NAME OR PROGRAM NAME  BC/BS OF NEVADA |
|---|---|---|

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  ☐ YES  ☒ NO    If yes, complete items 9, 9a, and 9d. |
|---|---|---|

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM

| 12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.  SIGNED SIGNATURE ON FILE    DATE | 13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.  SIGNED SIGNATURE ON FILE |
|---|---|

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  MM DD YY  07 17 20    QUAL. 431 | 15. OTHER DATE  QUAL.    MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  MM DD YY  FROM    TO |
|---|---|---|

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE  NO ORDERED OR REFERRED SERV | 17a.   17b. NPI | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  MM DD YY  FROM    TO |
|---|---|---|

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB?  ☐ YES  ☐ NO    $CHARGES |
|---|---|

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. Relate A-L to service line below (24E)    ICD Ind. 0  A. M54.5  B.  C.  D.  E.  F.  G.  H.  I.  J.  K.  L. | 22. RESUBMISSION  CODE    ORIGINAL REF. NO.  23. PRIOR AUTHORIZATION NUMBER |
|---|---|

| 24. A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. Place of Service | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances)  CPT/HCPCS    MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 07 17 20  07 17 20 | 23 | Y | 99283 | A | 373 00 | 1 | | NPI | 1033183470  1033183470 |
|  |  |  |  |  |  |  |  | NPI |  |
|  |  |  |  |  |  |  |  | NPI |  |
|  |  |  |  |  |  |  |  | NPI |  |
|  |  |  |  |  |  |  |  | NPI |  |
|  |  |  |  |  |  |  |  | NPI |  |

| 25. FEDERAL TAX I.D. NUMBER  88 0303529    SSN ☐  EIN ☒ | 26. PATIENT'S ACCOUNT NO.  0090013812 | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back.)  ☒ YES  ☐ NO | 28. TOTAL CHARGE  $ 373 00 | 29. AMOUNT PAID  $ | 30. Rsvd for NUCC Use |
|---|---|---|---|---|---|

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)  SCOTT SHEPHERD MD  SIGNED SOF    DATE 08/14/20 | 32. SERVICE FACILITY LOCATION INFORMATION  RENOWN REGIONAL MED CTR  1155 MILL ST  RENO, NV 89502-1576  a. 1124098421    b. | 33. BILLING PROVIDER INFO & PH #  (800) 225-0953  NORTHERN NEVADA EMERGENCY PHYS  P.O. BOX 734549  CHICAGO, IL 60673-4549  a. 1275568479    b. CC3240 |
|---|---|---|

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-1197 FORM 1500 (02-12)

CASE# 00918605262658

RENOWN IMAGING
1155 Mill Street
RENO NV 89502-1576

Levy, Patricia Colleen
MRN: 0377727, DOB:            Sex: F
Visit date: 7/20/2020

DETAIL BILL

Renown Health
1155 Mill Street
Reno, NV - 89502
Ph:(775)982-4130

| | |
|---|---|
| **Hospital Account ID:** 20395579 | **Guarantor Name/Address:** |
| **Guarantor ID:** 133789 | Patricia Colleen Levy |
| | 1915 Brisbane Avenue |
| | Reno, NV 89503 |

| | | | |
|---|---|---|---|
| **Patient Name:** | Levy, Colleen | **Admit Date:** | 07/17/20 |
| **Account Class:** | Emergency | **Discharge Date:** | 07/17/20 |
| **Attending Physician:** | Scott F Shepherd, M.D. | | |

**Primary Payor:** Anthem - Anthem Bcbs
**Secondary Payor:**

**Hospital Charges**

| Rev. Code | Service Date | Cost Center Code | Description | CPT/ HCPCS | Qty. | Amount |
|---|---|---|---|---|---|---|
| 0320 | 07/17/2020 | 200251 | HCHG X-RAY LUMBAR SPINE 2/3 VW | 72100 | 1 | 560.00 |
| 0450 | 07/17/2020 | 200323 | HCHG LEVEL III INTERMEDIATE | 99283 | 1 | 1,898.00 |
| **Total hospital charges:** | | | | | | **2,458.00** |

**Hospital Payments and Adjustments**

| Date | Description | Amount |
|---|---|---|
| 07/29/20 | Anthem Adjustments | -695.00 |
| **Total hospital payments and adjustments:** | | **-695.00** |

**Account Balance:** 1,763.00

RENOWN IMAGING
1155 Mill Street
RENO NV 89502-1576

Levy, Patricia Colleen
MRN: 0377727, DOB:          Sex: F
Visit date: 7/20/2020

DETAIL BILL

Renown Health
1155 Mill Street
Reno, NV - 89502
Ph:(775)982-4130

| **Hospital Account ID:** | 20412883 | **Guarantor Name/Address:** | |
|---|---|---|---|
| **Guarantor ID:** | 133789 | Patricia Colleen Levy | |
| | | 1915 Brisbane Avenue | |
| | | Reno, NV 89503 | |

| **Patient Name:** | Levy, Colleen | **Admit Date:** | 07/20/20 |
|---|---|---|---|
| **Account Class:** | Outpatient | **Discharge Date:** | 07/20/20 |
| **Attending Physician:** | Dalton James, P.A.-C. | | |

| **Primary Payor:** | Anthem - Anthem Bcbs |
|---|---|
| **Secondary Payor:** | Anthem - Anthem Bcbs |

**Professional Charges**

| Service Date | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|
| 07/20/2020 | 5056 | KETOROLAC TRO 60 MG | 2 | 1.00 |
| 07/20/2020 | 96372 | INJECTION,THERAP/OPH/DIAGNOST, IM OR SU* | 1 | 53.00 |
| 07/20/2020 | 99204 | OFFICE/OUTPT VISIT,NEW,LEVL IV | 1 | 341.00 |
| **Total professional charges:** | | | | **395.00** |

**Professional Payments and Adjustments**

| Date | Description | Amount |
|---|---|---|
| 08/07/20 | Anthem Payments | -238.24 |
| 08/07/20 | Anthem Adjustments | -114.03 |
| 07/20/20 | CO-PAYMENT | -35.00 |
| 07/31/20 | POS PAYMENT | -7.73 |
| **Total professional payments and adjustments:** | | **-395.00** |

**Account Balance:** 0.00

RENOWN IMAGING
1155 Mill Street
RENO NV 89502-1576

Levy, Patricia Colleen
MRN: 0377727, DOB: ▮▮▮▮▮▮  Sex: F
Visit date: 7/20/2020

DETAIL BILL

Renown Health
1155 Mill Street
Reno, NV - 89502
Ph:(775)982-4130

| | | | |
|---|---|---|---|
| **Hospital Account ID:** | 20413646 | **Guarantor Name/Address:** | |
| **Guarantor ID:** | 133789 | Patricia Colleen Levy | |
| | | 1915 Brisbane Avenue | |
| | | Reno, NV 89503 | |

| | | | |
|---|---|---|---|
| **Patient Name:** | Levy, Colleen | **Admit Date:** | 07/20/20 |
| **Account Class:** | Outpatient | **Discharge Date:** | 07/20/20 |
| **Attending Physician:** | Dalton James, P.A.-C. | | |

**Primary Payor:**     Anthem - Anthem Bcbs
**Secondary Payor:**  Anthem - Anthem Bcbs

**Professional Charges**

| Service Date | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|
| 07/20/2020 | 73501 | X-RAY HIP W/WO PELVIS UNI 1 VW | 1 | 399.00 |
| **Total professional charges:** | | | | **399.00** |

**Professional Payments and Adjustments**

| Date | Description | Amount |
|---|---|---|
| 08/07/20 | Anthem Payments | -23.87 |
| 08/07/20 | Anthem Adjustments | -369.17 |
| 07/31/20 | POS PAYMENT | -5.96 |
| **Total professional payments and adjustments:** | | **-399.00** |

**Account Balance: 0.00**

RENOWN IMAGING
1155 Mill Street
RENO NV 89502-1576

Levy, Patricia Colleen
MRN: 0377727, DOB:　　　　Sex: F
Visit date: 7/20/2020

DETAIL BILL

Renown Health
1155 Mill Street
Reno, NV - 89502
Ph:(775)982-4130

| | |
|---|---|
| **Hospital Account ID:** | 20443046 |
| **Guarantor ID:** | 133789 |

**Guarantor Name/Address:**
Patricia Colleen Levy
1915 Brisbane Avenue

Reno, NV 89503

| | |
|---|---|
| **Patient Name:** | Levy, Colleen |
| **Account Class:** | Recurring |
| **Attending Physician:** | Dalton James, P.A.-C. |

| | |
|---|---|
| **Admit Date:** | 07/30/20 |
| **Discharge Date:** | 07/31/20 |

**Primary Payor:**  Anthem - Anthem Bcbs
**Secondary Payor:**

**Hospital Charges**

| Rev. Code | Service Date | Cost Center Code | Description | CPT/ HCPCS | Qty. | Amount |
|---|---|---|---|---|---|---|
| 0420 | 07/30/2020 | 410316 | HCHG MANUAL THERAPY TECHNIQUE 15MIN | 97140 | 1 | 189.00 |
| **Total hospital charges:** | | | | | | **189.00** |

**Hospital Payments and Adjustments**

| Date | Description | Amount |
|---|---|---|
| 08/17/20 | Anthem Payments | -77.45 |
| 08/17/20 | Anthem Adjustments | -92.19 |
| 07/31/20 | POS PAYMENT | -19.36 |
| **Total hospital payments and adjustments:** | | **-189.00** |

**Account Balance:** 0.00



1495 MILL ST
RENO NV 89502-1479

Levy, Patricia Colleen
MRN: 0377727, DOB: ███████, Sex: F

DETAIL BILL

Renown Health
1155 Mill Street
Reno, NV - 89502
Ph:(775)982-4130

| | | | |
|---|---|---|---|
| **Hospital Account ID:** | 20443107 | **Guarantor Name/Address:** | |
| **Guarantor ID:** | 133789 | Patricia Colleen Levy | |
| | | 1915 Brisbane Avenue | |
| | | Reno, NV 89503 | |
| **Patient Name:** | Levy, Colleen | **Admit Date:** | 08/03/20 |
| **Account Class:** | Recurring | **Discharge Date:** | 08/31/20 |
| **Attending Physician:** | Dalton James, P.A.-C. | | |

**Primary Payor:**      Anthem - Anthem Bcbs
**Secondary Payor:**

**Hospital Charges**

| Rev. Code | Service Date | Cost Center Code | Description | CPT/ HCPCS | Qty. | Amount |
|---|---|---|---|---|---|---|
| 0420 | 08/03/2020 | 410316 | HCHG E STIM-UNATTENDED-NON WND CARE | 97014 | 1 | 92.00 |
| 0420 | 08/03/2020 | 410316 | HCHG MANUAL THERAPY TECHNIQUE 15MIN | 97140 | 1 | 189.00 |
| 0420 | 08/03/2020 | 410316 | HCHG THERAPEUTIC EXERCISE EA 15 MIN | 97110 | 1 | 205.00 |
| 0420 | 08/06/2020 | 410316 | HCHG E STIM-UNATTENDED-NON WND CARE | 97014 | 1 | 92.00 |
| 0420 | 08/06/2020 | 410316 | HCHG MANUAL THERAPY TECHNIQUE 15MIN | 97140 | 1 | 189.00 |
| 0420 | 08/06/2020 | 410316 | HCHG THERAPEUTIC EXERCISE EA 15 MIN | 97110 | 1 | 205.00 |
| 0420 | 08/10/2020 | 410316 | HCHG E STIM-UNATTENDED-NON WND CARE | 97014 | 1 | 92.00 |
| 0420 | 08/10/2020 | 410316 | HCHG MANUAL THERAPY TECHNIQUE 15MIN | 97140 | 1 | 189.00 |
| 0420 | 08/10/2020 | 410316 | HCHG THERAPEUTIC EXERCISE EA 15 MIN | 97110 | 1 | 205.00 |
| 0420 | 08/13/2020 | 410316 | HCHG E STIM-UNATTENDED-NON WND CARE | 97014 | 1 | 92.00 |
| 0420 | 08/13/2020 | 410316 | HCHG MANUAL THERAPY TECHNIQUE 15MIN | 97140 | 1 | 189.00 |
| 0420 | 08/13/2020 | 410316 | HCHG THERAPEUTIC EXERCISE EA 15 MIN | 97110 | 1 | 205.00 |
| 0420 | 08/18/2020 | 410316 | HCHG THERAPEUTIC EXERCISE EA 15 MIN | 97110 | 1 | 205.00 |
| 0420 | 08/24/2020 | 410316 | HCHG MANUAL THERAPY TECHNIQUE 15MIN | 97140 | 1 | 189.00 |
| 0420 | 08/24/2020 | 410316 | HCHG THERAPEUTIC EXERCISE EA 15 MIN | 97110 | 1 | 205.00 |
| 0420 | 08/26/2020 | 410316 | HCHG MANUAL THERAPY TECHNIQUE 15MIN | 97140 | 1 | 189.00 |
| 0420 | 08/26/2020 | 410316 | HCHG THERAPEUTIC EXERCISE EA 15 MIN | 97110 | 1 | 205.00 |



1495 MILL ST
RENO NV 89502-1479

Levy, Patricia Colleen
MRN: 0377727, DOB: , Sex: F

| Rev. Code | Service Date | Cost Center Code | Description | CPT/ HCPCS | Qty. | Amount |
|---|---|---|---|---|---|---|
| 0424 | 08/18/2020 | 410316 | HCHG PT EVAL MOD COMPLEX 30 MIN | 97162 | 1 | 573.00 |
| **Total hospital charges:** | | | | | | **3,510.00** |

**Hospital Payments and Adjustments**

| Date | Description | Amount |
|---|---|---|
| 09/14/20 | Anthem Payments | -1,438.30 |
| 09/14/20 | Anthem Adjustments | -1,712.17 |
| 07/31/20 | POS PAYMENT | -37.77 |
| 08/07/20 | POS PAYMENT | -90.15 |
| 08/11/20 | POS PAYMENT | -28.79 |
| 08/14/20 | POS PAYMENT | -28.79 |
| 08/19/20 | POS PAYMENT | -28.79 |
| 08/27/20 | POS PAYMENT | -78.58 |
| **Total hospital payments and adjustments:** | | **-3,443.34** |

**Account Balance:** 66.66



1495 MILL ST
RENO NV 89502-1479

Levy, Patricia Colleen
MRN: 0377727, DOB: ▮▮▮▮▮▮, Sex: F

DETAIL BILL

Renown Health
1155 Mill Street
Reno, NV - 89502
Ph:(775)982-4130

**Hospital Account ID:** 20758497
**Guarantor ID:** 133789

**Guarantor Name/Address:**
Patricia Colleen Levy
1915 Brisbane Avenue

Reno, NV 89503

**Patient Name:** Levy, Colleen
**Account Class:** Outpatient
**Attending Physician:** Courtney K. Parento, A.P.R.N.

**Admit Date:** 08/28/20
**Discharge Date:** 08/28/20

**Primary Payor:** Anthem - Anthem Bcbs
**Secondary Payor:**

**Professional Charges**

| Service Date | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|
| 08/28/2020 | 99214 | OFFICE/OUTPT VISIT,EST,LEVL IV | 1 | 222.00 |
| **Total professional charges:** | | | | **222.00** |

**Professional Payments and Adjustments**

| Date | Description | Amount |
|---|---|---|
| 08/28/20 | CO-PAYMENT | -35.00 |
| **Total professional payments and adjustments:** | | **-35.00** |

**Account Balance:** 187.00



Levy, Patricia Colleen
MRN: 0377727, DOB: ███████, Sex: F

DETAIL BILL

Renown Health
1155 Mill Street
Reno, NV - 89502
Ph:(775)982-4130

| **Hospital Account ID:** | 20595611 | **Guarantor Name/Address:** | |
|---|---|---|---|
| **Guarantor ID:** | 133789 | Patricia Colleen Levy | |
| | | 1915 Brisbane Avenue | |
| | | Reno, NV 89503 | |

| **Patient Name:** | Levy, Colleen | **Admit Date:** | 09/03/20 |
|---|---|---|---|
| **Account Class:** | Recurring | **Discharge Date:** | 09/30/20 |
| **Attending Physician:** | Dalton James, P.A.-C. | | |

**Primary Payor:** Anthem - Anthem Bcbs
**Secondary Payor:**

**Hospital Charges**

| Rev. Code | Service Date | Cost Center Code | Description | CPT/ HCPCS | Qty. | Amount |
|---|---|---|---|---|---|---|
| 0420 | 09/03/2020 | 410316 | HCHG MANUAL THERAPY TECHNIQUE 15MIN | 97140 | 1 | 189.00 |
| 0420 | 09/03/2020 | 410316 | HCHG THERAPEUTIC EXERCISE EA 15 MIN | 97110 | 1 | 205.00 |
| 0420 | 09/08/2020 | 410316 | HCHG E STIM-UNATTENDED-NON WND CARE | 97014 | 1 | 92.00 |
| 0420 | 09/08/2020 | 410316 | HCHG THERAPEUTIC EXERCISE EA 15 MIN | 97110 | 2 | 410.00 |
| 0420 | 09/10/2020 | 410316 | HCHG MECHANICAL TRACTION | 97012 | 1 | 101.00 |
| 0420 | 09/10/2020 | 410316 | HCHG THERAPEUTIC EXERCISE EA 15 MIN | 97110 | 2 | 410.00 |
| 0420 | 09/29/2020 | 410316 | HCHG MECHANICAL TRACTION | 97012 | 1 | 101.00 |
| **Total hospital charges:** | | | | | | **1,508.00** |

**Hospital Payments and Adjustments**

| Date | Description | Amount |
|---|---|---|
| 10/19/20 | Anthem Payments | -617.93 |
| 10/19/20 | Anthem Adjustments | -735.61 |
| 09/04/20 | POS PAYMENT | -49.79 |
| 09/09/20 | POS PAYMENT | -51.42 |
| 09/11/20 | POS PAYMENT | -0.90 |
| 09/30/20 | POS PAYMENT | -52.35 |
| **Total hospital payments and adjustments:** | | **-1,508.00** |

**Account Balance:** 0.00



Levy, Patricia Colleen
MRN: 0377727, DOB: ███████, Sex: F

DETAIL BILL

Renown Health
1155 Mill Street
Reno, NV - 89502
Ph:(775)982-4130

| | | | |
|---|---|---|---|
| **Hospital Account ID:** | 21068908 | **Guarantor Name/Address:** | |
| **Guarantor ID:** | 133789 | Patricia Colleen Levy | |
| | | 1915 Brisbane Avenue | |
| | | Reno, NV 89503 | |

| | | | |
|---|---|---|---|
| **Patient Name:** | Levy, Colleen | **Admit Date:** | 10/01/20 |
| **Account Class:** | Outpatient | **Discharge Date:** | 10/01/20 |
| **Attending Physician:** | Courtney K. Parento, A.P.R.N. | | |

| | |
|---|---|
| **Primary Payor:** | Anthem - Anthem Bcbs |
| **Secondary Payor:** | |

**Professional Charges**

| Service Date | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|
| 10/01/2020 | 90471 | IMMUNIZ ADMIN,1 SINGLE/COMB VAC/TOXOID | 1 | 77.00 |
| 10/01/2020 | 90686 | PR FLU VACCINE QUAD PF SV 0.5ML IM | 1 | 25.00 |
| 10/01/2020 | 99214 | OFFICE/OUTPATIENT ESTABLISHED MOD MDM 30-39 MIN | 1 | 222.00 |
| **Total professional charges:** | | | | **324.00** |

**Professional Payments and Adjustments**

| Date | Description | Amount |
|---|---|---|
| 10/28/20 | Anthem Payments | -186.18 |
| 10/28/20 | Anthem Adjustments | -102.82 |
| 10/01/20 | CO-PAYMENT | -35.00 |
| **Total professional payments and adjustments:** | | **-324.00** |

**Account Balance:** 0.00



Levy, Patricia Colleen
MRN: 0377727, DOB: ████████, Sex: F

DETAIL BILL

Renown Health
1155 Mill Street
Reno, NV - 89502
Ph:(775)982-4130

**Hospital Account ID:** 21054953
**Guarantor ID:** 133789

**Guarantor Name/Address:**
Patricia Colleen Levy
1915 Brisbane Avenue

Reno, NV 89503

**Patient Name:** Levy, Colleen
**Account Class:** Outpatient
**Attending Physician:** Trina B Belair, A.P.R.N.

**Admit Date:** 10/01/20
**Discharge Date:** 10/01/20

**Primary Payor:** Anthem - Anthem Bcbs
**Secondary Payor:**

**Professional Charges**

| Service Date | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|
| 10/01/2020 | 99204 | OFFICE/OUTPATIENT NEW MODERATE MDM 45-59 MINUTES | 1 | 409.00 |
| **Total professional charges:** | | | | **409.00** |

**Professional Payments and Adjustments**

| Date | Description | Amount |
|---|---|---|
| 10/28/20 | Anthem Payments | -240.35 |
| 10/28/20 | Anthem Adjustments | -133.65 |
| 10/01/20 | CO-PAYMENT | -35.00 |
| **Total professional payments and adjustments:** | | **-409.00** |

**Account Balance:** 0.00



Levy, Patricia Colleen
MRN: 0377727, DOB: ▮▮▮▮▮▮ Sex: F

DETAIL BILL

Renown Health
1155 Mill Street
Reno, NV - 89502
Ph:(775)982-4130

| | | |
|---|---|---|
| Hospital Account ID: | 21845317 | Guarantor Name/Address: |
| Guarantor ID: | 133789 | Patricia Colleen Levy |
| | | 1915 Brisbane Avenue |
| | | |
| | | Reno, NV 89503 |

| | | | |
|---|---|---|---|
| Patient Name: | Levy, Colleen | Admit Date: | 12/22/20 |
| Account Class: | Outpatient | Discharge Date: | 12/22/20 |
| Attending Physician: | Courtney K. Parento, A.P.R.N. | | |

| | |
|---|---|
| Primary Payor: | Anthem - Anthem Bcbs |
| Secondary Payor: | |

**Professional Charges**

| Service Date | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|
| 12/22/2020 | 99214 | OFFICE/OUTPATIENT ESTABLISHED MOD MDM 30-39 MIN | 1 | 222.00 |
| Total professional charges: | | | | 222.00 |

**Professional Payments and Adjustments**

| Date | Description | Amount |
|---|---|---|
| 01/18/21 | Anthem Payments | -127.53 |
| 01/18/21 | Anthem Adjustments | -59.47 |
| 12/22/20 | CO-PAYMENT | -35.00 |
| Total professional payments and adjustments: | | -222.00 |

**Account Balance:** 0.00



Levy, Patricia Colleen
MRN: 0377727, DOB: ████████, Sex: F

DETAIL BILL

Renown Health
1155 Mill Street
Reno, NV - 89502
Ph:(775)982-4130

| | | | |
|---|---|---|---|
| **Hospital Account ID:** | 21909631 | **Guarantor Name/Address:** | |
| **Guarantor ID:** | 133789 | Patricia Colleen Levy | |
| | | 1915 Brisbane Avenue | |
| | | Reno, NV 89503 | |

| | | | |
|---|---|---|---|
| **Patient Name:** | Levy, Colleen | **Admit Date:** | 12/28/20 |
| **Account Class:** | Outpatient | **Discharge Date:** | 12/28/20 |
| **Attending Physician:** | Courtney K. Parento, A.P.R.N. | | |

**Primary Payor:** Anthem - Anthem Bcbs
**Secondary Payor:**

**Hospital Charges**

| Rev. Code | Service Date | Cost Center Code | Description | CPT/ HCPCS | Qty. | Amount |
|---|---|---|---|---|---|---|
| 0300 | 12/28/2020 | 200288 | HCHG ROUTINE VENIPUNCTURE LAB | 36415 | 1 | 26.00 |
| 0301 | 12/28/2020 | 200289 | HCHG COMP METABOLIC PANEL | 80053 | 1 | 90.00 |
| 0301 | 12/28/2020 | 200289 | HCHG CYANOCOBALAMIN - LAB | 82607 | 1 | 128.00 |
| 0301 | 12/28/2020 | 200289 | HCHG GLYCOHEMOGLOBIN A1C - LAB | 83036 | 1 | 83.00 |
| 0301 | 12/28/2020 | 200289 | HCHG LIPID PANEL - LAB | 80061 | 1 | 114.00 |
| 0301 | 12/28/2020 | 200289 | HCHG TSH - LAB | 84443 | 1 | 143.00 |
| 0301 | 12/28/2020 | 200289 | HCHG VITAMIN D,25 HYDROXY - LAB | 82306 | 1 | 252.00 |
| 0305 | 12/28/2020 | 200289 | HCHG CBC, AUTO W/AUTOMATED DIFF | 85025 | 1 | 66.00 |

**Total hospital charges:** **902.00**

**Hospital Payments and Adjustments**

| Date | Description | Amount |
|---|---|---|
| 01/11/21 | Anthem Payments | -59.53 |
| 01/11/21 | Anthem Adjustments | -842.47 |

**Total hospital payments and adjustments:** **-902.00**

**Account Balance:** 0.00

Levy, Patricia Colleen
MRN: 0377727, DOB: [REDACTED], Sex: F

**Renown** HEALTH

DETAIL BILL

Renown Health
1155 Mill Street
Reno, NV - 89502
Ph:(775)982-4130

| | | | |
|---|---|---|---|
| **Hospital Account ID:** | 22264830 | **Guarantor Name/Address:** | |
| **Guarantor ID:** | 133789 | Patricia Colleen Levy | |
| | | 1915 Brisbane Avenue | |
| | | Reno, NV 89503 | |

| | | | |
|---|---|---|---|
| **Patient Name:** | Levy, Colleen | **Admit Date:** | 02/24/21 |
| **Account Class:** | Outpatient | **Discharge Date:** | 02/24/21 |
| **Attending Physician:** | Seneca A Storm, M.D. | | |

**Primary Payor:** Anthem - Anthem Bcbs
**Secondary Payor:**

**Professional Charges**

| Service Date | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|
| 02/24/2021 | 99204 | OFFICE/OUTPATIENT NEW MODERATE MDM 45-59 MINUTES | 1 | 409.00 |
| **Total professional charges:** | | | | **409.00** |

**Professional Payments and Adjustments**

| Date | Description | Amount |
|---|---|---|
| 03/22/21 | Anthem Adjustments | -109.21 |
| 02/24/21 | CO-PAYMENT (Visa x7790) | -35.00 |
| 03/16/21 | PRE-PAYMENT ELECTIVE (Visa x7790) | -160.17 |
| **Total professional payments and adjustments:** | | **-304.38** |

**Account Balance:** 104.62

Levy, Patricia Colleen
MRN: 0377727, DOB: _____, Sex: F

**Renown** HEALTH

DETAIL BILL

Renown Health
1155 Mill Street
Reno, NV - 89502
Ph:(775)982-4130

| | | | | |
|---|---|---|---|---|
| **Hospital Account ID:** | 22635634 | | **Guarantor Name/Address:** | |
| **Guarantor ID:** | 133789 | | Patricia Colleen Levy | |
| | | | 1915 Brisbane Avenue | |
| | | | Reno, NV 89503 | |

| | | | | |
|---|---|---|---|---|
| **Patient Name:** | Levy, Colleen | | **Admit Date:** | 03/16/21 |
| **Account Class:** | Outpatient | | **Discharge Date:** | 03/16/21 |
| **Attending Physician:** | Seneca A Storm, M.D. | | | |

**Primary Payor:** Anthem - Anthem Bcbs
**Secondary Payor:**

**Hospital Charges**

| Rev. Code | Service Date | Cost Center Code | Description | CPT/ HCPCS | Qty. | Amount |
|---|---|---|---|---|---|---|
| 0612 | 03/16/2021 | 400254 | HCHG MRI, LUMBAR SPINE | 72148 | 1 | 1,165.00 |
| **Total hospital charges:** | | | | | | **1,165.00** |

**Hospital Payments and Adjustments**

| Date | Description | Amount |
|---|---|---|
| 04/12/21 | Anthem Payments | -595.20 |
| 04/12/21 | Anthem Adjustments | -421.00 |
| 03/16/21 | PRE-PAYMENT ELECTIVE (Visa x7790) | -148.80 |
| **Total hospital payments and adjustments:** | | **-1,165.00** |

**Account Balance:** 0.00

Levy, Patricia Colleen
MRN: 0377727, DOB: ▓▓▓▓▓▓▓, Sex: F

**Renown** HEALTH

DETAIL BILL

Renown Health
1155 Mill Street
Reno, NV - 89502
Ph:(775)982-4130

| | | | |
|---|---|---|---|
| **Hospital Account ID:** | 22506849 | **Guarantor Name/Address:** | |
| **Guarantor ID:** | 133789 | Patricia Colleen Levy | |
| | | 1915 Brisbane Avenue | |
| | | Reno, NV 89503 | |

| | | | |
|---|---|---|---|
| **Patient Name:** | Levy, Colleen | **Admit Date:** | 03/17/21 |
| **Account Class:** | Outpatient | **Discharge Date:** | 03/17/21 |
| **Attending Physician:** | Seneca A Storm, M.D. | | |

| | |
|---|---|
| **Primary Payor:** | Anthem - Anthem Bcbs |
| **Secondary Payor:** | |

**Hospital Charges**

| Rev. Code | Service Date | Cost Center Code | Description | CPT/ HCPCS | Qty. | Amount |
|---|---|---|---|---|---|---|
| 0250 | 03/17/2021 | 410211 | LIDOCAINE PF 2 % SOLN | | 1 | 5.75 |
| 0255 | 03/17/2021 | 410313 | IOHEXOL 240 MG/ML SOLN | Q9966 | 3 | 26.25 |
| 0636 | 03/17/2021 | 410211 | METHYLPREDNISOLONE ACETATE 80 MG/ML SUSP | J1040 | 1 | 79.75 |
| 0761 | 03/17/2021 | 410313 | HCHG INJECTION-SACROILIAC-ANES/STER | G0260 | 1 | 3,750.00 |
| **Total hospital charges:** | | | | | | **3,861.75** |

**Hospital Payments and Adjustments**

| Date | Description | Amount |
|---|---|---|
| 04/12/21 | Anthem Payments | -1,582.40 |
| 04/12/21 | Anthem Adjustments | -1,883.75 |
| **Total hospital payments and adjustments:** | | **-3,466.15** |

**Account Balance:** 395.60

Levy, Patricia Colleen
MRN: 0377727, DOB: [ REDACTED ], Sex: F

# Renown HEALTH

DETAIL BILL

Renown Health
1155 Mill Street
Reno, NV - 89502
Ph:(775)982-4130

| | |
|---|---|
| **Hospital Account ID:** | 22709634 |
| **Guarantor ID:** | 133789 |

**Guarantor Name/Address:**
Patricia Colleen Levy
1915 Brisbane Avenue

Reno, NV 89503

| | | | |
|---|---|---|---|
| **Patient Name:** | Levy, Colleen | **Admit Date:** | 03/17/21 |
| **Account Class:** | Outpatient | **Discharge Date:** | 03/17/21 |
| **Attending Physician:** | Seneca A Storm, M.D. | | |

**Primary Payor:**   Anthem - Anthem Bcbs
**Secondary Payor:**

**Professional Charges**

| Service Date | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|
| 03/17/2021 | 27096 | INJECTION,SACROILIAC JOINT | 1 | 494.00 |
| **Total professional charges:** | | | | **494.00** |

**Professional Payments and Adjustments**

| Date | Description | Amount |
|---|---|---|
| 04/19/21 | Anthem Adjustments | -338.60 |
| **Total professional payments and adjustments:** | | **-338.60** |

**Account Balance:** 155.40

**Renown** HEALTH

Levy, Patricia Colleen
MRN: 0377727, DOB [REDACTED], Sex: F

DETAIL BILL

Renown Health
1155 Mill Street
Reno, NV - 89502
Ph:(775)982-4130

| | | | |
|---|---|---|---|
| **Hospital Account ID:** | 22791662 | **Guarantor Name/Address:** | |
| **Guarantor ID:** | 133789 | Patricia Colleen Levy | |
| | | 1915 Brisbane Avenue | |
| | | Reno, NV 89503 | |

| | | | |
|---|---|---|---|
| **Patient Name:** | Levy, Colleen | **Admit Date:** | 03/26/21 |
| **Account Class:** | Outpatient | **Discharge Date:** | 03/26/21 |
| **Attending Physician:** | Seneca A Storm, M.D. | | |

| | |
|---|---|
| **Primary Payor:** | Anthem - Anthem Bcbs |
| **Secondary Payor:** | |

**Professional Charges**

| Service Date | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|
| 03/26/2021 | 99215 | OFFICE/OUTPATIENT ESTABLISHED HIGH MDM 40-54 MIN | 1 | 379.00 |
| **Total professional charges:** | | | | **379.00** |

**Professional Payments and Adjustments**

| Date | Description | Amount |
|---|---|---|
| 04/26/21 | Anthem Payments | -211.35 |
| 04/26/21 | Anthem Adjustments | -114.82 |
| 03/26/21 | CO-PAYMENT (Visa x7790) | -35.00 |
| **Total professional payments and adjustments:** | | **-361.17** |

**Account Balance:** 17.83

**Renown** HEALTH

Levy, Patricia Colleen
MRN: 0377727, DOB: ▮▮▮▮▮▮▮, Sex: F

DETAIL BILL

Renown Health
1155 Mill Street
Reno, NV - 89502
Ph:(775)982-4130

| | | | |
|---|---|---|---|
| **Hospital Account ID:** | 23292272 | **Guarantor Name/Address:** | |
| **Guarantor ID:** | 133789 | Patricia Colleen Levy | |
| | | 1915 Brisbane Avenue | |
| | | Reno, NV 89503 | |

| | | | |
|---|---|---|---|
| **Patient Name:** | Levy, Colleen | **Admit Date:** | 05/18/21 |
| **Account Class:** | Outpatient | **Discharge Date:** | 05/18/21 |
| **Attending Physician:** | Seneca A Storm, M.D. | | |

| | |
|---|---|
| **Primary Payor:** | Anthem - Anthem Bcbs |
| **Secondary Payor:** | |

**Professional Charges**

| Service Date | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|
| 05/18/2021 | 99215 | OFFICE/OUTPATIENT ESTABLISHED HIGH MDM 40-54 MIN | 1 | 400.00 |
| **Total professional charges:** | | | | **400.00** |

**Professional Payments and Adjustments**

| Date | Description | Amount |
|---|---|---|
| 06/08/21 | Anthem Payments | -211.35 |
| 05/21/21 | Anthem Adjustments | -135.82 |
| 05/18/21 | CO-PAYMENT (Visa x0446) | -35.00 |
| **Total professional payments and adjustments:** | | **-382.17** |

**Account Balance:** 17.83

Levy, Patricia Colleen
MRN: 0377727, DOB: ██████████, Sex: F

DETAIL BILL

Renown Health
1155 Mill Street
Reno, NV - 89502
Ph:(775)982-4130

| **Hospital Account ID:** | 23476634 | **Guarantor Name/Address:** | |
| **Guarantor ID:** | 133789 | Patricia Colleen Levy | |
| | | 1915 Brisbane Avenue | |
| | | Reno, NV 89503 | |

| **Patient Name:** | Levy, Colleen | **Admit Date:** | 06/06/21 |
| **Account Class:** | Outpatient | **Discharge Date:** | 06/06/21 |
| **Attending Physician:** | Seneca A Storm, M.D. | | |

| **Primary Payor:** | Anthem - Anthem Bcbs |
| **Secondary Payor:** | |

**Hospital Charges**

| Rev. Code | Service Date | Cost Center Code | Description | CPT/ HCPCS | Qty. | Amount |
|---|---|---|---|---|---|---|
| 0610 | 06/06/2021 | 400254 | HCHG MRI, PELVIS, W/O CONTRAST | 72195 | 1 | 1,496.00 |
| **Total hospital charges:** | | | | | | **1,496.00** |

**Hospital Payments and Adjustments**

| Date | Description | Amount |
|---|---|---|
| 06/28/21 | Anthem Payments | -595.20 |
| 06/28/21 | Anthem Adjustments | -752.00 |
| 06/06/21 | PRE-PAYMENT ELECTIVE (Visa x0446) | -148.80 |
| **Total hospital payments and adjustments:** | | **-1,496.00** |

**Account Balance:** 0.00

Levy, Patricia Colleen
MRN: 0377727, DOB: ____, Sex: F

**Renown** HEALTH

DETAIL BILL

Renown Health
1155 Mill Street
Reno, NV - 89502
Ph:(775)982-4130

| | | | |
|---|---|---|---|
| **Hospital Account ID:** | 23511545 | **Guarantor Name/Address:** | |
| **Guarantor ID:** | 133789 | Patricia Colleen Levy | |
| | | 1915 Brisbane Avenue | |
| | | Reno, NV 89503 | |

| | | | |
|---|---|---|---|
| **Patient Name:** | Levy, Colleen | **Admit Date:** | 06/10/21 |
| **Account Class:** | Outpatient | **Discharge Date:** | 06/10/21 |
| **Attending Physician:** | Seneca A Storm, M.D. | | |

| | |
|---|---|
| **Primary Payor:** | Anthem - Anthem Bcbs |
| **Secondary Payor:** | |

**Professional Charges**

| Service Date | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|
| 06/10/2021 | 99214 | OFFICE/OUTPATIENT ESTABLISHED MOD MDM 30-39 MIN | 1 | 272.00 |
| **Total professional charges:** | | | | **272.00** |

**Professional Payments and Adjustments**

| Date | Description | Amount |
|---|---|---|
| 06/14/21 | Anthem Adjustments | -75.81 |
| 06/10/21 | CO-PAYMENT (Visa x0446) | -35.00 |
| **Total professional payments and adjustments:** | | **-110.81** |

**Account Balance:** 161.19

Levy, Patricia Colleen
MRN: 0377727, DOB: ███████, Sex: F

DETAIL BILL

Renown Health
1155 Mill Street
Reno, NV - 89502
Ph:(775)982-4130

| | | | |
|---|---|---|---|
| **Hospital Account ID:** | 23562058 | **Guarantor Name/Address:** | |
| **Guarantor ID:** | 133789 | Patricia Colleen Levy | |
| | | 1915 Brisbane Avenue | |
| | | Reno, NV 89503 | |

| | | | |
|---|---|---|---|
| **Patient Name:** | Levy, Colleen | **Admit Date:** | 06/23/21 |
| **Account Class:** | Outpatient | **Discharge Date:** | 06/23/21 |
| **Attending Physician:** | Seneca A Storm, M.D. | | |

| | | |
|---|---|---|
| **Primary Payor:** | Anthem - Anthem Bcbs | |
| **Secondary Payor:** | | |

**Hospital Charges**

| Rev. Code | Service Date | Cost Center Code | Description | CPT/ HCPCS | Qty. | Amount |
|---|---|---|---|---|---|---|
| 0250 | 06/23/2021 | 410211 | LIDOCAINE PF 2 % SOLN | | 1 | 5.75 |
| 0255 | 06/23/2021 | 410313 | IOHEXOL 240 MG/ML SOLN | Q9966 | 5 | 43.75 |
| 0636 | 06/23/2021 | 410211 | BUPIVACAINE 0.25% 0.25 % SOLN 10 ML VIAL | J3490 | 10 | 21.50 |
| 0636 | 06/23/2021 | 410211 | DEXAMETHASONE PF 10 MG/ML SOLN | J1100 | 10 | 41.25 |
| 0761 | 06/23/2021 | 410313 | HCHG INJ/ASPIR-LARGE JT/BURSA W/O US GUIDE | 20610 | 1 | 1,698.00 |
| **Total hospital charges:** | | | | | | **1,810.25** |

**Hospital Payments and Adjustments**

| Date | Description | Amount |
|---|---|---|
| 06/30/21 | Anthem Adjustments | -883.03 |
| **Total hospital payments and adjustments:** | | **-883.03** |

**Account Balance:** 927.22

Levy, Patricia Colleen
MRN: 0377727, DOB [REDACTED], Sex: F

**Renown** HEALTH

DETAIL BILL

Renown Health
1155 Mill Street
Reno, NV - 89502
Ph:(775)982-4130

| | | | |
|---|---|---|---|
| **Hospital Account ID:** | 23669271 | **Guarantor Name/Address:** | |
| **Guarantor ID:** | 133789 | Patricia Colleen Levy | |
| | | 1915 Brisbane Avenue | |
| | | Reno, NV 89503 | |

| | | | |
|---|---|---|---|
| **Patient Name:** | Levy, Colleen | **Admit Date:** | 06/23/21 |
| **Account Class:** | Outpatient | **Discharge Date:** | 06/23/21 |
| **Attending Physician:** | Seneca A Storm, M.D. | | |

| | |
|---|---|
| **Primary Payor:** | Anthem - Anthem Bcbs |
| **Secondary Payor:** | |

**Professional Charges**

| Service Date | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|
| 06/23/2021 | 20610 | DRAIN/INJECT LARGE JOINT/BURSA | 1 | 128.00 |
| 06/23/2021 | 77002 | FLUOROSCOPIC GUIDANCE NEEDLE PLACEMENT | 1 | 76.00 |
| **Total professional charges:** | | | | **204.00** |

**Professional Payments and Adjustments**

| Date | Description | Amount |
|---|---|---|
| 06/28/21 | Anthem Adjustments | -66.08 |
| **Total professional payments and adjustments:** | | **-66.08** |

**Account Balance:** 137.92



1155 MILL STREET
RENO NV 89502-1576

Levy, Patricia Colleen
MRN: 0377727, DOB: [redacted], Sex: F

DETAIL BILL

Renown Health
1155 Mill Street
Reno, NV - 89502
Ph:(775)982-4130

**Hospital Account ID:** 23908087
**Guarantor ID:** 133789

**Guarantor Name/Address:**
Patricia Colleen Levy
1915 Brisbane Avenue

Reno, NV 89503

**Patient Name:** Levy, Colleen
**Account Class:** Outpatient
**Attending Physician:** Seneca A Storm, M.D.

**Admit Date:** 07/28/21
**Discharge Date:** 07/28/21

**Primary Payor:** Anthem - Anthem Bcbs
**Secondary Payor:**

**Professional Charges**

| Service Date | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|
| 07/28/2021 | 99215 | OFFICE/OUTPATIENT ESTABLISHED HIGH MDM 40-54 MIN | 1 | 400.00 |
| Total professional charges: | | | | 400.00 |

**Professional Payments and Adjustments**

| Date | Description | Amount |
|---|---|---|
| 08/02/21 | Anthem Adjustments | -135.82 |
| 07/28/21 | CO-PAYMENT (Visa x0446) | -35.00 |
| Total professional payments and adjustments: | | -170.82 |

**Account Balance:** 229.18



| DOCUMENT GENERATED | DATE RANGE START | DATE RANGE END | RESPONSIBLE PARTY | ACCOUNT # |
|---|---|---|---|---|
| 7/13/2021 | 7/17/2020 | 7/13/2021 | PATRICIA LEVY | 558826-RNO1 |

**RENO RADIOLOGICAL ASSOCIATES CHTD**

PO Box 3215
INDIANAPOLIS, IN 46206-3215

**Summary of Service Charges**

| DOS | Patient | Physician | Phys Tax ID | Service Description | Amount | Insur Pmts | Adjustments | Pat Pmts | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 06/06/2021 | PATRICIA LEVY | ANTHONY KHUU | | 72195 - MRI PELVIS W/O DYE | $343.00 | $0.00 | $0.00 | $0.00 | $343.00 |
| 06/06/2021 | PATRICIA LEVY | ANTHONY KHUU | | G9551 - ABD IMAG NO LES,KID/LIVR/ADR | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 03/16/2021 | PATRICIA LEVY | SACHIN H SHROFF | | 72148 - MRI LUMBAR SPINE W/O DYE | $345.00 | $32.86 | $259.12 | $53.02 | $0.00 |
| 07/20/2020 | PATRICIA LEVY | JAMES WELCH | | 73502 - X-RAY EXAM HIP UNI 2-3 VIEWS | $41.00 | $10.32 | $28.10 | $2.58 | $0.00 |
| 07/17/2020 | PATRICIA LEVY | THOMAS BEIDLE | | 72100 - X-RAY EXAM L-S SPINE 2/3 VWS | $66.00 | $10.32 | $53.10 | $2.58 | $0.00 |
| | | | | Totals: | $795.00 | $53.50 | $340.32 | $58.18 | $343.00 |

# Reno Orthopedic Clinic

Printed:  6/13/2022

https://billpay2.poscorp.com/patientpaymentservices/quickpay/Reno%20Orthopaedic?

Account:  2190892-LEVY,PATRICIA COLLEEN
1915 Brisbane Avenue
Reno, NV 89503
US

Detail for patient: LEVY,PATRICIA COLLEEN

| Service Date | Code | Description | Provider | Charge Amt | Pay/Adj Amt | Ins Due | Pat Due |
|---|---|---|---|---|---|---|---|
| 8/6/21 | 73502 | X-RAY HIP W/WO PELVIS UNI 2-3 VW | Sanjai Shukla, M.D. | 94.00 | | 0.00 | 0.00 |
| | | *INSURANCE PAYMENT-ANTHEM* | | | 37.74 | | |
| | | *CONTRACTUAL WRITE-OFF-ANTHEM* | | | 46.83 | | |
| | | *PATIENT PAYMENT* | | | 9.43 | | |
| | | *INSURANCE PAYMENT-ANTHEM* | | | -37.74 | | |
| | | *CONTRACTUAL WRITE-OFF-ANTHEM* | | | -46.83 | | |
| | | *INSURANCE PAYMENT-ANTHEM* | | | 37.74 | | |
| | | *CONTRACTUAL WRITE-OFF-ANTHEM* | | | 46.83 | | |
| 8/6/21 | 99204 | OFFICE/OUTPATIENT NEW MODERATE MDM 45-59 MINUTES | Sanjai Shukla, M.D. | 317.00 | | 282.00 | 0.00 |
| | | *INSURANCE PAYMENT-ANTHEM* | | | 221.69 | | |
| | | *CONTRACTUAL WRITE-OFF-ANTHEM* | | | 60.31 | | |
| | | *PATIENT PAYMENT* | | | 35.00 | | |
| | | *INSURANCE PAYMENT-ANTHEM* | | | -221.69 | | |
| | | *CONTRACTUAL WRITE-OFF-ANTHEM* | | | -60.31 | | |
| | | *INSURANCE PAYMENT-ANTHEM* | | | 0.00 | | |
| 8/16/21 | 99204 | OFFICE/OUTPATIENT NEW MODERATE MDM 45-59 MINUTES | Vadim Goz, M.D. | 317.00 | | 0.00 | 0.00 |
| 8/16/21 | 99214 | OFFICE/OUTPATIENT ESTABLISHED MOD MDM 30-39 MIN | Vadim Goz, M.D. | 206.00 | | 0.00 | 171.00 |
| | | *INSURANCE PAYMENT-ANTHEM* | | | 221.69 | | |
| | | *CONTRACTUAL WRITE-OFF-ANTHEM* | | | 60.31 | | |
| | | *PATIENT PAYMENT* | | | 35.00 | | |
| | | *INSURANCE PAYMENT-ANTHEM* | | | -221.69 | | |
| | | *CONTRACTUAL WRITE-OFF-ANTHEM* | | | -60.31 | | |
| | | *INSURANCE PAYMENT-ANTHEM* | | | 0.00 | | |
| | | *INSURANCE PAYMENT-ANTHEM* | | | 0.00 | | |
| **Totals:** | | | | **934.00** | **164.00** | **282.00** | **171.00** |

**Pay/Adj Summary**
CONTRACTUAL WRITE-OFF 46.83

**INSURANCE PAYMENT**      37.74
**PATIENT PAYMENT**        79.43

**Northern Nevada Chiropractic**

**5301 Longley Ln. #B43**
**Reno, NV 89511**
**Phone: (775) 829-8686   Fax: (775) 829-1389**

# Patient Statement

Statement Date:  Saturday, April 30, 2022

For Activity:          08/25/2020 thru 04/30/2022

**Colleen Levy**
**1915 Brisbane Ave**
**Reno, NV  89503**

Cell: (775) 544-7760

Patient Balance:          $0.00

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Colleen Levy** | | | | | | | | | | **10012383-Grp Hlth Plan** |

| Date | Type | Code | Description | Charge | Ins Amount | Patient Amount | Payment | Adjust | Tax | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/24/2020 | MPBF | | Balance Forward | | | | $19.00 | | | ($19.00) |
| 08/25/2020 | MPOT | | Invoice for Copies | | | $5.00 | | | | ($14.00) |
| 08/28/2020 | CSV | 97032 | NMS Therapy 25 | $25.00 | $10.00 | $15.00 | | | | $1.00 |
| 08/28/2020 | CSV | 98941 | SMT 3-4 Areas | $65.00 | $9.00 | $0.00 | | ($56.00) | | $1.00 |
| 08/28/2020 | PCC | | Payment-Credit Card | | | | $15.00 | | | ($14.00) |
| 09/01/2020 | CSV | 97032 | NMS Therapy 25 | $25.00 | $10.00 | $15.00 | | | | $1.00 |
| 09/01/2020 | CSV | 98941 | SMT 3-4 Areas | $65.00 | $9.00 | $0.00 | | ($56.00) | | $1.00 |
| 09/01/2020 | PCC | | Payment-Credit Card | | | | $45.00 | | | ($44.00) |
| 09/08/2020 | CSV | 97032 | NMS Therapy 25 | $25.00 | $10.00 | $15.00 | | | | ($29.00) |
| 09/08/2020 | CSV | 98941 | SMT 3-4 Areas | $65.00 | $9.00 | $0.00 | | ($56.00) | | ($29.00) |
| 09/08/2020 | PCC | | Payment-Credit Card | | | | $15.00 | | | ($44.00) |
| 09/15/2020 | CSV | 97032 | NMS Therapy 25 | $25.00 | $10.00 | $15.00 | | | | ($29.00) |
| 09/15/2020 | CSV | 98941 | SMT 3-4 Areas | $65.00 | $9.00 | $0.00 | | ($56.00) | | ($29.00) |
| 09/15/2020 | PCC | | Payment-Credit Card | | | | $15.00 | | | ($44.00) |
| 09/22/2020 | CSV | 97032 | NMS Therapy 25 | $25.00 | $10.00 | $15.00 | | | | ($29.00) |
| 09/22/2020 | CSV | 98941 | SMT 3-4 Areas | $65.00 | $9.00 | $0.00 | | ($56.00) | | ($29.00) |
| 09/22/2020 | CSV | 97140 | Flexion Distraction | $25.00 | | $25.00 | | | | ($4.00) |
| 09/22/2020 | PCC | | Payment-Credit Card | | | | $45.00 | | | ($49.00) |
| 09/23/2020 | MPOT | | Payment for Copies 63310 BDJ | | | | $5.00 | | | ($54.00) |
| 09/29/2020 | CSV | 97032 | NMS Therapy 25 | $25.00 | $10.00 | $15.00 | | | | ($39.00) |
| 09/29/2020 | CSV | 98941 | SMT 3-4 Areas | $65.00 | $9.00 | $0.00 | | ($56.00) | | ($39.00) |
| 09/29/2020 | CSV | S9090 | ABN  Decompression | $45.00 | | $45.00 | | | | $6.00 |
| 10/06/2020 | CSV | 98941 | SMT 3-4 Areas | $65.00 | $19.00 | $15.00 | | ($31.00) | | $21.00 |
| 10/06/2020 | PCC | | Payment-Credit Card | | | | $40.00 | | | ($19.00) |
| 10/20/2020 | CSV | 98941 | SMT 3-4 Areas | $65.00 | $19.00 | $15.00 | | ($31.00) | | ($4.00) |
| 10/20/2020 | CSV | S9090 | ABN  Decompression | $45.00 | | $45.00 | | | | $41.00 |
| 10/20/2020 | PCC | | Payment-Credit Card | | | | $60.00 | | | ($19.00) |
| 10/28/2020 | CSV | 98941 | SMT 3-4 Areas | $65.00 | $19.00 | $15.00 | | ($31.00) | | ($4.00) |
| 10/28/2020 | CSV | S9090 | ABN  Decompression | $45.00 | | $45.00 | | | | $41.00 |
| 10/28/2020 | PCC | | Payment-Credit Card | | | | $41.00 | | | $0.00 |
| 11/10/2020 | CSV | 98941 | SMT 3-4 Areas | $65.00 | $19.00 | $15.00 | | ($31.00) | | $15.00 |
| 11/10/2020 | CSV | S9090 | ABN  Decompression | $45.00 | | $45.00 | | | | $60.00 |
| 11/10/2020 | PCC | | Payment-Credit Card | | | | $60.00 | | | $0.00 |
| 11/18/2020 | CSV | 98941 | SMT 3-4 Areas | $65.00 | $19.00 | $15.00 | | ($31.00) | | $15.00 |
| 11/18/2020 | CSV | S9090 | ABN  Decompression | $45.00 | | $45.00 | | | | $60.00 |
| 11/18/2020 | PCC | | Payment-Credit Card | | | | $60.00 | | | $0.00 |
| 11/24/2020 | CSV | 98941 | SMT 3-4 Areas | $65.00 | $19.00 | $15.00 | | ($31.00) | | $15.00 |

## Northern Nevada Chiropractic

**5301 Longley Ln. #B43**
**Reno, NV 89511**
**Phone: (775) 829-8686   Fax: (775) 829-1389**

# Patient Statement

Statement Date:  Saturday, April 30, 2022

**Colleen Levy**
**1915 Brisbane Ave**
**Reno, NV  89503**

For Activity:          08/25/2020 thru 04/30/2022
Cell: (775) 544-7760

Patient Balance:          $0.00

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Colleen Levy** | | | | | | | | | **10012383-Grp Hlth Plan** | |

| Date | Type | Code | Description | Charge | Ins Amount | Patient Amount | Payment | Adjust | Tax | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/24/2020 | CSV | S9090 | ABN  Decompression | $45.00 | | $45.00 | | | | $60.00 |
| 11/24/2020 | PDD | | Payment-Direct Debit | | | | $60.00 | | | $0.00 |
| 12/01/2020 | CSV | 98941 | SMT 3-4 Areas | $65.00 | $19.00 | $15.00 | | ($31.00) | | $15.00 |
| 12/01/2020 | CSV | S9090 | ABN  Decompression | $45.00 | | $45.00 | | | | $60.00 |
| 12/01/2020 | PCC | | Payment-Credit Card | | | | $60.00 | | | $0.00 |
| 12/08/2020 | CSV | 98941 | SMT 3-4 Areas | $65.00 | $19.00 | $15.00 | | ($31.00) | | $15.00 |
| 12/08/2020 | CSV | S9090 | ABN  Decompression | $45.00 | | $45.00 | | | | $60.00 |
| 12/08/2020 | PCC | | Payment-Credit Card | | | | $60.00 | | | $0.00 |
| 12/15/2020 | CSV | 98941 | SMT 3-4 Areas | $65.00 | $19.00 | $15.00 | | ($31.00) | | $15.00 |
| 12/15/2020 | CSV | S9090 | ABN  Decompression | $45.00 | | $45.00 | | | | $60.00 |
| 12/15/2020 | PCC | | Payment-Credit Card | | | | $60.00 | | | $0.00 |
| 12/28/2020 | CSV | 98941 | SMT 3-4 Areas | $65.00 | $19.00 | $15.00 | | ($31.00) | | $15.00 |
| 12/28/2020 | CSV | S9090 | ABN  Decompression | $45.00 | | $45.00 | | | | $60.00 |
| 12/28/2020 | PCC | | Payment-Credit Card | | | | $60.00 | | | $0.00 |
| 01/05/2021 | CSV | 98941 | SMT 3-4 Areas | $65.00 | $19.00 | $15.00 | | ($31.00) | | $15.00 |
| 01/05/2021 | CSV | S9090 | ABN  Decompression | $45.00 | | $45.00 | | | | $60.00 |
| 01/05/2021 | PCC | | Payment-Credit Card | | | | $60.00 | | | $0.00 |
| 01/12/2021 | CSV | 98941 | SMT 3-4 Areas | $65.00 | $19.00 | $15.00 | | ($31.00) | | $15.00 |
| 01/12/2021 | CSV | 97530 | ABS Decompression Session | $50.00 | | $45.00 | | ($5.00) | | $60.00 |
| 01/12/2021 | PCC | | Payment-Credit Card | | | | $60.00 | | | $0.00 |
| 01/19/2021 | CSV | 98941 | SMT 3-4 Areas | $65.00 | $19.00 | $15.00 | | ($31.00) | | $15.00 |
| 01/19/2021 | CSV | 97530 | ABS Decompression Session | $50.00 | | $45.00 | | ($5.00) | | $60.00 |
| 01/19/2021 | PCC | | Payment-Credit Card | | | | $60.00 | | | $0.00 |
| 01/26/2021 | CSV | 98941 | SMT 3-4 Areas | $65.00 | $19.00 | $15.00 | | ($31.00) | | $15.00 |
| 01/26/2021 | CSV | 97530 | ABS Decompression Session | $50.00 | | $45.00 | | ($5.00) | | $60.00 |
| 01/26/2021 | PCC | | Payment-Credit Card | | | | $60.00 | | | $0.00 |
| 02/02/2021 | CSV | 98941 | SMT 3-4 Areas | $65.00 | $19.00 | $15.00 | | ($31.00) | | $15.00 |
| 02/02/2021 | CSV | 97530 | ABS Decompression Session | $50.00 | | $45.00 | | ($5.00) | | $60.00 |
| 02/02/2021 | PCC | | Payment-Credit Card | | | | $60.00 | | | $0.00 |
| 02/09/2021 | CSV | 98941 | SMT 3-4 Areas | $65.00 | $19.00 | $15.00 | | ($31.00) | | $15.00 |
| 02/09/2021 | CSV | 97530 | ABS Decompression Session | $50.00 | | $45.00 | | ($5.00) | | $60.00 |
| 02/09/2021 | PCC | | Payment-Credit Card | | | | $60.00 | | | $0.00 |
| 02/16/2021 | CSV | 98941 | SMT 3-4 Areas | $65.00 | $19.00 | $15.00 | | ($31.00) | | $15.00 |
| 02/16/2021 | CSV | 97530 | ABS Decompression Session | $50.00 | | $45.00 | | ($5.00) | | $60.00 |

## Northern Nevada Chiropractic

**5301 Longley Ln. #B43**
**Reno, NV 89511**
**Phone: (775) 829-8686   Fax: (775) 829-1389**

# Patient Statement

Statement Date:  Saturday, April 30, 2022

**Colleen Levy**
**1915 Brisbane Ave**
**Reno, NV  89503**

For Activity:          08/25/2020 thru 04/30/2022
Cell:  (775) 544-7760

Patient Balance:          $0.00

| **Colleen Levy** | | | | | | | | | **10012383-Grp Hlth Plan** |
|---|---|---|---|---|---|---|---|---|---|
| Date | Type | Code | Description | Charge | Ins Amount | Patient Amount | Payment | Adjust | Tax | Balance |
| 02/16/2021 | PCC | | Payment-Credit Card | | | | $60.00 | | | $0.00 |
| 02/23/2021 | CSV | 98941 | SMT 3-4 Areas | $65.00 | $19.00 | $15.00 | | ($31.00) | | $15.00 |
| 02/23/2021 | CSV | 97530 | ABS Decompression Session | $50.00 | | $45.00 | | ($5.00) | | $60.00 |
| 02/23/2021 | PCC | | Payment-Credit Card | | | | $60.00 | | | $0.00 |
| 03/02/2021 | CSV | 98941 | SMT 3-4 Areas | $65.00 | $19.00 | $15.00 | | ($31.00) | | $15.00 |
| 03/02/2021 | CSV | 97530 | ABS Decompression Session | $50.00 | | $0.00 | | ($50.00) | | $15.00 |
| 03/02/2021 | PCC | | Payment-Credit Card | | | | $60.00 | | | ($45.00) |
| 03/10/2021 | CSV | 98941 | SMT 3-4 Areas | $65.00 | $19.00 | $15.00 | | ($31.00) | | ($30.00) |
| 03/10/2021 | CSV | 97530 | ABS Decompression Session | $50.00 | | $45.00 | | ($5.00) | | $15.00 |
| 03/10/2021 | PCC | | Payment-Credit Card | | | | $60.00 | | | ($45.00) |
| 03/23/2021 | CSV | 98941 | SMT 3-4 Areas | $65.00 | $19.00 | $15.00 | | ($31.00) | | ($30.00) |
| 03/23/2021 | CSV | S9090 | ABN  Decompression | $45.00 | | $45.00 | | | | $15.00 |
| 03/23/2021 | PCC | | Payment-Credit Card | | | | $60.00 | | | ($45.00) |
| 05/12/2021 | CSV | 98941 | SMT 3-4 Areas | $65.00 | $19.00 | $15.00 | | ($31.00) | | ($30.00) |
| 05/12/2021 | CSV | S9090 | ABN  Decompression | $45.00 | | $45.00 | | | | $15.00 |
| 05/12/2021 | PDD | | Payment-Direct Debit | | | | $60.00 | | | ($45.00) |
| 05/19/2021 | CSV | 98941 | SMT 3-4 Areas | $65.00 | $19.00 | $15.00 | | ($31.00) | | ($30.00) |
| 05/19/2021 | CSV | S9090 | ABN  Decompression | $45.00 | | $45.00 | | | | $15.00 |
| 05/19/2021 | PCC | | Payment-Credit Card | | | | $15.00 | | | $0.00 |
| 05/26/2021 | CSV | 98941 | SMT 3-4 Areas | $65.00 | $19.00 | $15.00 | | ($31.00) | | $15.00 |
| 05/26/2021 | CPT | S9090 | Patient ABS/Saunders - S9090 | $45.00 | | $45.00 | | | | $60.00 |
| 05/26/2021 | PCC | | Payment-Credit Card | | | | $60.00 | | | $0.00 |
| 06/03/2021 | CSV | 98941 | SMT 3-4 Areas | $65.00 | $19.00 | $15.00 | | ($31.00) | | $15.00 |
| 06/03/2021 | CPT | S9090 | Patient ABS/Saunders - S9090 | $45.00 | | $45.00 | | | | $60.00 |
| 06/03/2021 | PCC | | Payment-Credit Card | | | | $60.00 | | | $0.00 |
| 07/28/2021 | CSV | 98941 | SMT 3-4 Areas | $65.00 | $19.00 | $15.00 | | ($31.00) | | $15.00 |
| 07/28/2021 | CPT | S9090 | Patient ABS/Saunders - S9090 | $45.00 | | $45.00 | | | | $60.00 |
| 07/28/2021 | PCC | | Payment-Credit Card | | | | $60.00 | | | $0.00 |
| 08/04/2021 | CSV | 98941 | SMT 3-4 Areas | $65.00 | $19.00 | $15.00 | | ($31.00) | | $15.00 |
| 08/04/2021 | CPT | S9090 | Patient ABS/Saunders - S9090 | $45.00 | | $45.00 | | | | $60.00 |
| 08/04/2021 | PCC | | Payment-Credit Card | | | | $60.00 | | | $0.00 |
| 08/19/2021 | CSV | 98941 | SMT 3-4 Areas | $65.00 | $19.00 | $15.00 | | ($31.00) | | $15.00 |
| 08/19/2021 | CPT | S9090 | Patient ABS/Saunders - S9090 | $45.00 | | $45.00 | | | | $60.00 |

## Northern Nevada Chiropractic

**5301 Longley Ln. #B43**
**Reno, NV 89511**
**Phone: (775) 829-8686   Fax: (775) 829-1389**

# Patient Statement

Statement Date: Saturday, April 30, 2022

For Activity:   08/25/2020 thru 04/30/2022

**Colleen Levy**
**1915 Brisbane Ave**
**Reno, NV  89503**

Cell: (775) 544-7760

Patient Balance:   $0.00

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Colleen Levy** | | | | | | | | | **10012383-Grp Hlth Plan** |

| Date | Type | Code | Description | Charge | Ins Amount | Patient Amount | Payment | Adjust | Tax | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/19/2021 | PCC | | Payment-Credit Card | | | | $60.00 | | | $0.00 |
| 03/14/2022 | CSV | 98941 | SMT 3-4 Areas | $65.00 | $19.00 | $15.00 | | ($31.00) | | $15.00 |
| 03/14/2022 | CPT | S9090 | Patient ABS/Saunders - S9090 | $45.00 | | $45.00 | | | | $60.00 |
| 03/14/2022 | PCC | | Payment-Credit Card | | | | $60.00 | | | $0.00 |
| 03/22/2022 | CSV | 98941 | SMT 3-4 Areas | $65.00 | $19.00 | $15.00 | | ($31.00) | | $15.00 |
| 03/22/2022 | CPT | S9090 | Patient ABS/Saunders - S9090 | $45.00 | | $45.00 | | | | $60.00 |
| 03/22/2022 | PCC | | Payment-Credit Card | | | | $60.00 | | | $0.00 |
| 03/29/2022 | CSV | 98941 | SMT 3-4 Areas | $65.00 | $19.00 | $15.00 | | ($31.00) | | $15.00 |
| 03/29/2022 | CPT | S9090 | Patient ABS/Saunders - S9090 | $45.00 | | $45.00 | | | | $60.00 |
| 03/29/2022 | PCC | | Payment-Credit Card | | | | $60.00 | | | $0.00 |

**Balance:   $0.00**

| Current | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | 121 + Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

-------------------------------------------------------------------------------------------------

Please cut along the line and enclose this portion with your payment.

Colleen Levy
1915 Brisbane Ave
Reno, NV  89503

**Account:  10012383-Grp Hlth Plan**

Patient Balance:         $0.00    Due Date: 05/30/2022
Please pay this Amount:  $0.00
Payment Amount:  _____

CC #:  ____  -  ____  -  ____  -  ____   Exp: _____   CCV: _____   Name: _____

**Northern Nevada Chiropractic**
**5301 Longley Ln. #B43**
**Reno, NV 89511**

*Insurance payments and contracted discounts have been applied to this account.  The remaining balance is the responsibility of the patient.  If you have any questions please do not hesitate to contact our office.*

01/13/2022  8:32 AM

# Account Financial History By Service Date
## SpineNevada

Page 1

**Selections:**

| | |
|---|---|
| Service Dates: | 07/17/2020 - 01/13/2022 |
| Accounts: | 60489 |
| Activity Types: | Charges, Payments, Adjustments, Transfers, Refunds |

**Type Date Legend:**

Charges - Service Date,  Credits - Post Date

| Account Date | Type | Name / Description | Provider | Proc Code | | Ref Date | Diagnosis | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| **60489** | | **Levy, Patricia** | | | | | | | |
| 10/21/2021 | PMT | | | | Charge from Levy, Patricia | 10/21/2021 | | | -35.00 |
| 10/21/2021 | CHG | Levy, Patricia | HMD | 99203 | NEW PATIENT MOD SEVERITY 30-44 Minutes | 10/22/2021 | S33.6XXA | 1.00 | 450.00 |
| 11/12/2021 | PMT | 47487904 | | | Check from BCBS | 11/12/2021 | | | -141.43 |
| 11/12/2021 | ADJ | CONTRACT | | | Contractual Adjustment | | | | -273.22 |
| 12/02/2021 | PMT | 53950239 | | | Charge from Levy, Patricia | 12/02/2021 | | | -52.40 |
| 12/02/2021 | CHG | Levy, Patricia | HMD | 27096 | SIJ | 12/03/2021 | M46.1 | 1.00 | 1,978.00 |
| 12/02/2021 | CHG | Levy, Patricia | HMD | J3301 | Triamcinolone 40 MG NDC 00003029328 | 12/03/2021 | M46.1 | 1.00 | 41.00 |
| 12/02/2021 | CHG | Levy, Patricia | SPINE | 00005 | Site of Service Facility Fee-Insurance | 12/26/2021 | M46.1 | 1.00 | 99.47 |
| 12/26/2021 | PMT | 475747632 | | | Check from BCBS | 12/26/2021 | | | -210.55 |
| 12/26/2021 | ADJ | CONTRACT | | | Contractual Adjustment | | | | -1,768.41 |
| 12/26/2021 | ADJ | GENADJ | | | General Adjustment | | | | -99.47 |
| 12/26/2021 | ADJ | CONTRACT | | | Contractual Adjustment | | | | -39.80 |
| 01/06/2022 | PMT | 55285524 | | | Charge from Levy, Patricia | 01/06/2022 | | | -35.00 |
| 01/06/2022 | CHG | Levy, Patricia | HMD | 99213 | Established PT Low-Mod  20-29 Minutes | 01/07/2022 | M25.551 | 1.00 | 264.00 |
| | | **Account Totals:** | **PMT:** | 474.38 | **RFD:** | 0.00 | **XFR:** | 0.00 | **ADJ:** | 2,180.90 | **CHG:** | 2,832.47 | **5.00** | **177.19** |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Report Totals:** | **PMT:** | 474.38 | **RFD:** | 0.00 | **XFR:** | 0.00 | **ADJ:** | 2,180.90 | **CHG:** | 2,832.47 | **5.00** | **177.19** |

04/22/2022  9:13 AM

# Account Financial History By Service Date
## SpineNevada

**Selections:**

| | |
|---|---|
| Service Dates: | 01/07/2022 - 04/22/2022 |
| Accounts: | 60489 |
| Activity Types: | Charges, Payments, Adjustments, Transfers, Refunds |

**Type Date Legend:**
Charges - Service Date,  Credits - Post  Date

| Account Date | Type | Name / Description | Provider | Proc Code | | Ref Date | Diagnosis | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| **60489** | | **Levy, Patricia C** | | | | | | | |
| 01/28/2022 | ADJ | CONTRACT | | | Contractual Adjustment | | | | -144.60 |
| 02/03/2022 | PMT | 56476517 | | | Charge from Levy, Patricia C | 02/03/2022 | | | -35.00 |
| 02/03/2022 | CHG | Levy, Patricia C | HMD | 20611 | Arthrocentesis, major joint, with ultrasound | 02/04/2022 | M46.1 | 1.00 | 1,906.00 |
| 02/03/2022 | CHG | Levy, Patricia C | HMD | J3301 | Triamcinolone 40 MG NDC 00003029328 | 02/04/2022 | M46.1 | 1.00 | 41.00 |
| 02/17/2022 | PMT | 47688361 | | | Check from BCBS | 02/17/2022 | | | -53.03 |
| 02/17/2022 | ADJ | CONTRACT | | | Contractual Adjustment | | | | -1,755.88 |
| 02/17/2022 | ADJ | CONTRACT | | | Contractual Adjustment | | | | -39.89 |
| 03/03/2022 | PMT | 57687350 | | | Charge from Levy, Patricia C | 03/03/2022 | | | -35.00 |
| 03/03/2022 | CHG | Levy, Patricia C | HMD | 99214 | Established Patient Mod-Hi 30-39 Minutes | 03/04/2022 | M25.551 | 1.00 | 558.00 |
| 03/17/2022 | PMT | 47752867 | | | Check from BCBS | 03/17/2022 | | | -140.50 |
| 03/17/2022 | ADJ | CONTRACT | | | Contractual Adjustment | | | | -382.38 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Account Totals:** | **PMT:** | 263.53 | **RFD:** | 0.00 | **XFR:** | 0.00 | **ADJ:** | 2,322.75 | **CHG:** | 2,505.00 | 3.00 | -81.28 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Report Totals:** | **PMT:** | 263.53 | **RFD:** | 0.00 | **XFR:** | 0.00 | **ADJ:** | 2,322.75 | **CHG:** | 2,505.00 | 3.00 | -81.28 |

05/24/2022  4:30 PM                 **Account Financial History By Service Date**                 Page 1
                                                     **SpineNevada**

**Selections:**
  Service Dates:   03/04/2022 - 05/24/2022
  Accounts:        60489
  Activity Types:  Charges, Payments, Adjustments, Transfers, Refunds

**Type Date Legend:**
  Charges - Service Date,  Credits - Post Date

| Account Date | Type | Name / Description | Provider | Proc Code | | Ref Date | Diagnosis | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| **60489** | | **Levy, Patricia C** | | | | | | | |
| 03/17/2022 | PMT | 47752867 | | | Check from BCBS | 03/17/2022 | | | -140.50 |
| 03/17/2022 | ADJ | CONTRACT | | | Contractual Adjustment | | | | -382.38 |
| 04/29/2022 | PMT | 60167945 | | | Charge from Levy, Patricia C | 04/29/2022 | | | -26.20 |
| 04/29/2022 | CHG | Levy, Patricia C | HMD | 27096-RT | SIJ | 04/29/2022 | M46.1 | 1.00 | 1,978.00 |
| 04/29/2022 | CHG | Levy, Patricia C | HMD | J3301 | Triamcinolone 40 MG NDC 00003029328 | 04/29/2022 | M46.1 | 2.00 | 82.00 |

|  | **Account Totals:** | PMT: | 166.70 | RFD: | 0.00 | XFR: | 0.00 | ADJ: | 382.38 | CHG: | 2,060.00 | 3.00 | 1,510.92 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | **Report Totals:** | PMT: | 166.70 | RFD: | 0.00 | XFR: | 0.00 | ADJ: | 382.38 | CHG: | 2,060.00 | 3.00 | 1,510.92 |

→ LEVY, PATRICIA 03-18-1968

SpineNevada

© 05-24-2022 4:32 PM

F I L E D
Electronically
CV22-01098
2022-08-24 03:17:47 PM
Alicia L. Lerud
Clerk of the Court
Transaction # 9224271

# EXHIBIT 2

# EXHIBIT 2

**Robert G. Berry, M.D.**
*6630 S. McCarran Blvd., Suite A-3*
*Reno, Nevada 89509*
*Phone (775) 448-9450*
*Fax (866) 571-0056*

Friday May 27th, 2022

RE:   **LEVY, PATRICIA**
**DOB:** ███████
**DOI:**  **07/17/2020**

### FUTURE MEDICAL COST LETTER

Dear Mr. Haywood:

You have been requested an estimate of the future medical care needs for Ms. Levy for the right SI joint fusion procedure, which has been recommended by her physician, Dr. McDermott.

**MEDICAL CHART REVIEW**
These records have been collated and placed in chronological order by administrative staff. Though all entries are read, non-pertinent entries (e.g., common cold) may not receive comment. Illegible and/or undated material may not be commented upon.

10/21/2021   Hugh McDermott, M.D.   She is here for ongoing right-sided low back pain following an accident at Wal-Mart. She was bending to get something when a cart carrying products struck her from behind and knocked her onto the ground. She immediately had pain in her right low back, radiating up the right side and to the anterior thigh. She started chiropractic treatment with Dr. Riley for one year. She had MRI completed at Renown. She had an SI completed with no relief and patient stated that contrast spread out of the joint. She had a hip injection with 24 hours of relief only and she is thinking that maybe the relief is from the steroid alone. The pain is localized in the right SI region and hip. She has to constantly change positions. Pain is 6/10. She is taking gabapentin 300 mg four times daily. Was seen by Dr. Shukla and Dr. Raz. No spine surgery is deemed necessary. On physical exam she has tenderness to palpation right low back. Positive PSIS tenderness, positive Gaenslen's test and Yeoman's test on the right. Recommend repeating the right SI joint injection and monitoring contrast spread. If leaking out of the capsule then this would be an inaccurate SI joint diagnostic and could still consider fusion if patient would like. If contained but still no relief of symptoms then would not consider.

12/02/2021   Procedure note by Hugh McDermott, M.D. for a fluoroscopically guided sacroiliac joint injection on the right.

RE: LEVY, PATRICIA
DOB: ████
Friday May 27th, 2022
Page 2 of 5

01/06/2022     Hugh McDermott, M.D.   HPI unchanged from previous.   On exam she has
               tenderness to palpation right low back.   Positive right PSIS tenderness.   Patrick's
               and FABER's causes lateral hip pain.   Positive Gaenslen's and Yeoman's test on
               the right.   She has had chronic right-sided low back pain that has been refractory to
               chiropractic treatments for one year.   She has had 20 sessions of physical therapy
               and one SI joint injection.   She had excellent relief with RSI joint injection.   We
               will see how long it lasts.   She would be a great candidate for fusion should she
               elect to move forward with it.   We will schedule a right greater trochanteric bursa
               injection with ultrasound guidance.   Continue exercise program.

02/03/2022     Hugh McDermott, M.D.   This is a procedure note for a right ultrasound-guided
               greater trochanteric bursa injection.

03/03/2022     Hugh McDermott, M.D.   She is following up after SI joint and greater trochanteric
               bursa injections.   She noticed much more significant improvement after the SI joint
               injection, however, not bothersome to the outside of her hip as much as prior.   On
               physical exam she is tender to palpation right low back.   Positive PSIS tenderness.
               FABER's causes lateral hip pain.   Positive Gaenslen's and Yeoman's test on the
               right.   Recommend repeating the right SI joint injection.   Continue weight loss.   She
               has lost 43 pounds since our initial visit.

**HISTORY OF PRESENT ILLNESS**:  Ms. Patricia Levy is a 54-year-old woman who sustained
an injury on 07/17/2020.  According to the records, she was bending down to get something while
shopping at a Wal-Mart when a cart carrying products struck her from behind and knocked her
onto the ground.  She had pain right away in her low back on the right side radiating up into the
anterior thigh region.

Ms. Levy was treated for approximately one year with chiropractic treatment with Dr. Riley.  She
was also seen by Dr. Shukla and Dr. Raz.  She did have an MRI study completed.  She also had an
initial SI joint injection which did not give her any relief although the patient stated that "contrast
spread out of the joint".  She also had a hip injection which gave her about 24 hours of relief.

In October 2021, she was seen by Dr. McDermott, M.D.  He noted on exam she was tender to
palpation in the right low back with positive PSIS tenderness as well as positive Gaenslen's test
and Yeoman's test on the right.  He recommended repeating the right SI joint injection and
monitoring contrast spread.

On 12/02/2021, Dr. McDermott performed another sacroiliac joint injection on the right.  She
followed up with him a month later on 01/06/2022.  He noted that she had excellent relief with the
second right SI joint injection.  He felt that Ms. Levy would be a great candidate for a SI joint
fusion should she elect to move forward with it.  He noted that she had had 20 sessions of physical
therapy.  She had also had chiropractic treatment for one year.  He recommended scheduling a
right greater trochanteric bursa injection with ultrasound guidance and continuing a home exercise
program.

RE: **LEVY, PATRICIA**
DOB: ▓▓▓▓▓
Friday May 27th, 2022
Page 3 of 5

On 02/03/2022, Dr. McDermott performed a right-sided ultrasound-guided greater trochanteric bursa injection. She followed up with him the following month on 03/03/2022. She had had significant improvement after the bursa injection. On exam, he noted tenderness to palpation in the right low back with positive PSIS tenderness, positive Gaenslen's and Yeoman's test on the right. FABER's caused lateral hip pain. He recommended repeating the right SI joint injection and continue her weight loss. She had lost 43 pounds since her initial visit with him.

## SUMMARY OF FUTURE MEDICAL CARE COSTS

Dr. McDermott did feel that Ms. Levy would be a great candidate for an SI joint fusion on the right. The cost for the SI joint fusion would include both professional and facility fees. These costs are outlined in the Future Care Tables attached to this report.

Professional fees are estimated using the 2020 OPTUM 360 National Fee Analyzer[1] for charges between the 50th and 90th percentile range in the Reno, Nevada area.

The CPT code for the SI joint fusion is 27279. The surgeon's fees for CPT 27279 range from a low-end range (50th percentile) of $2,101 to high-end range (90th percentile) of $4,909. For the surgical assist, the fees are assumed to be 20% of the surgeon's fees, which would equate to a low-end range of $420 and a high-end range of $981.

Anesthesia estimates were determined using the standard equation, the conversion factor from the US Department of Veterans' Affairs[2] and base units for CPT code 01170 which is for anesthesia for open procedures involving the symphysis pubis or sacroiliac joint. An assumption of 1.5 hours of surgery time was used as well. Calculating the anesthesia time plus base units multiplied by conversion factor, the total anesthesia estimate was $2,481.

The facility fee estimates to perform the SI joint fusion was quoted from Quail Surgery Center in Reno, Nevada (which is an out-patient surgery center) at $23,201.

Taking into account the surgeon's fees, the surgical assist fees, anesthesia and facility fees, the total estimated cost of the SI joint fusion ranges from $28,204 to $31,574.

Ms. Levy will also require follow-up with her pain management physician. This would be one follow-up visit every month for the next three months and a follow-up visit every other month for three months. The cost for a total of five follow-up visits are included in the Future Care Tables.

Ms. Levy will also require physical therapy after her SI joint fusion surgery. I estimated that she would require between 12 and 24 sessions of physical therapy post-procedure. The low-end range (50th percentile) for physical therapy is estimated to cost $1,421 for 12 sessions of therapy. The high-end range (90th percentile) for physical therapy is $4,513 for charges for 24 sessions in the Reno, Nevada area.

The total average future medical care cost for the SI joint fusion procedure, which includes the physical therapy and follow-up treatment with the pain management physician, is $34,076.77.

**RE: LEVY, PATRICIA**
DOB: ▮▮▮▮▮▮▮
Friday May 27th, 2022
Page 4 of 5

**Please see attached Future Care Plan Tables for a specific breakdown on all the costs related to the SI joint fusion procedure and post-operative care needs for Ms. Levy.**

If you have any further questions regarding this case, please do not hesitate to contact me.

All of my stated opinions are to a reasonable degree of medical probability. Prior to any deposition, arbitration or trial testimony, I would appreciate the opportunity to review any and all x-rays, MRIs, and any other diagnostic studies that I may not have had a chance to personally review prior to submitting this report. Additionally, I reserve the right to change any of my opinions in part or in their entirety if additional medical records that I have not previously reviewed, and is related to this case, becomes available to me after this report has been submitted. Please contact this office for any further questions related to this case.

Sincerely,

*Bob Berry, MD*

Robert G. Berry, Jr., M.D.
Certified, American Board of Physical Medicine and Rehabilitation
Certified, American Board of Electrodiagnostic Medicine
Certified Subspecialty, Pain Management

RGB:kmw

**RE:  LEVY, PATRICIA**
DOB: ███████
Friday May 27th, 2022
Page 5 of 5

## References

1. *National Fee Analyzer 2020*. (2019). Optuminsight.

2. VHA Office of Community Care. (2020, January 1). Retrieved from
   https://www.va.gov/CBO/apps/rates/disclaimer/index.cfm?action=rc&ver=54.

**Robert G. Berry, MD**
6630 South McCarran Blvd.
Suite A-3
Reno, NV  89509

# Life Care Plan — Future Care Needs
## Ms Patricia Levy
## Plan Summary Average

**DOB:**
**D/E:**
**Date Prepared:**

| | Item/Service | Beginning Date | Ending Date | Cost Per Year Avg.** | Number of Years | Total*** |
|---|---|---|---|---|---|---|
| **Projected Therapeutic Modalities** | | | | | | |
| 1 | Physical therapy | 2022 | 2050 | $2,967.89 | 29 | $2,967.89 |
| | | | | | **Sub Total** | $2,967.89 |

**Robert G. Berry, MD**
6630 South McCarran Blvd.
Suite A-3
Reno, NV  89509

### Life Care Plan — Future Care Needs
### Ms Patricia Levy
### Plan Summary Average

**DOB:**
**D/E:**
**Date Prepared:**

| | Item/Service | Beginning Date | Ending Date | Cost Per Year Avg.** | Number of Years | Total*** |
|---|---|---|---|---|---|---|
| | **Future Medical Care** | | | | | |
| 2 | Orthopedic surgeon follow-up | 2022 | 2050 | $243.84 | 29 | $1,219.22 |
| | | | | | **Sub Total** | $1,219.22 |

**Robert G. Berry, MD**
6630 South McCarran Blvd.
Suite A-3
Reno, NV  89509

**Life Care Plan — Future Care Needs**
**Ms Patricia Levy**
**Plan Summary Average**

**DOB:**
**D/E:**
**Date Prepared:**

| | Item/Service | Beginning Date | Ending Date | Cost Per Year Avg.** | Number of Years | Total*** |
|---|---|---|---|---|---|---|
| **Surgical Intervention** | | | | | | |
| 3 | Right SI joint fusion | 2022 | 2050 | $29,889.66 | 29 | $29,889.66 |
| | | | | | **Sub Total** | $29,889.66 |
| | | | | | **Grand Total** | $34,076.77 |

**Robert G. Berry, MD**
6630 South McCarran Blvd.
Suite A-3
Reno, NV 89509

**Life Care Plan — Future Care Needs**
**Ms Patricia Levy**
**Plan Summary Average**

DOB:
D/E:
Date Prepared:

| | Item/Service | Beginning Date | Ending Date | Cost Per Year Avg.** | Number of Years | Total*** |
|---|---|---|---|---|---|---|
| **Projected Therapeutic Modalities** | | | | | | |
| 1 | Physical therapy | 2022 | 2050 | $2,967.89 | 29 | $2,967.89 |
| | | | | | **Sub Total** | $2,967.89 |

**Robert G. Berry, MD**
6630 South McCarran Blvd.
Suite A-3
Reno, NV  89509

## Life Care Plan — Future Care Needs
### Ms Patricia Levy
## Plan Summary Average

**DOB:**
**D/E:**
**Date Prepared:**

| | Item/Service | Beginning Date | Ending Date | Cost Per Year Avg.** | Number of Years | Total*** |
|---|---|---|---|---|---|---|
| **Future Medical Care** | | | | | | |
| 2 | Orthopedic surgeon follow-up | 2022 | 2050 | $243.84 | 29 | $1,219.22 |
| | | | | **Sub Total** | | $1,219.22 |

**Robert G. Berry, MD**
6630 South McCarran Blvd.
Suite A-3
Reno, NV  89509

**Life Care Plan — Future Care Needs**
**Ms Patricia Levy**
**Plan Summary Average**

**DOB:**
**D/E:**
**Date Prepared:**

| | Item/Service | Beginning Date | Ending Date | Cost Per Year Avg.** | Number of Years | Total*** |
|---|---|---|---|---|---|---|
| **Surgical Intervention** | | | | | | |
| 3 | Right SI joint fusion | 2022 | 2050 | $29,889.66 | 29 | $29,889.66 |
| | | | | | **Sub Total** | $29,889.66 |
| | | | | | **Grand Total** | $34,076.77 |

Plan Summary Average © 2022, Pyxatglaze Digital Media   ** "Cost Per Year" and "Total" are annualized if item is periodic replacement.

3